**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISON**

GUDIEL PEREZ PEREZ,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

No. 5:26-cv-5510-CAS-BFM

**ORDER ON PETITION**

Petitioner filed a habeas petition in the above case on September 18, 2026. (ECF 1.) Unbeknownst to the Court, Petitioner filed a second habeas petition that was assigned to a different judge of this Court. *See Perez Perez v. Warden*, 5:26-cv-05698-SP. The judge handling that petition ordered Petitioner released and ordered that he could only be redetained under stringent conditions. Order, ECF 7, *Perez Perez v. Warden*, 5:26-cv-05698-SP (C.D. Cal. Nov. 2, 2026). That Order moots this Petition, which does not seek any relief beyond that which Petitioner has already been granted. The Court therefore dismisses this Petition as moot.

Judgment shall be entered accordingly.

DATED: November 25, 2026

Christina A. Snyder

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE