**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

GUDIEL PEREZ PEREZ,
Petitioner,
v.
DEPARTMENT OF HOMELAND SECURITY, et al.,
Respondents.

No. 5:26-cv-05510-CAS-BFM

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied as moot.

DATED: November 25, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE